FILED
CLERK, U.S. DISTRICT COURT

JAN 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO CAMPOS RODRIGUEZ, <br><br> Defendant. | Case No.  5:26-mj-00005 <br><br> ORDER OF DETENTION |

On January 27, 2026, Defendant Pedro Campos Rodriugez made his initial appearance on the Complaint in this matter. The Office of the Federal Public Defender, and DFPD Hannah Bogen, was appointed to represent Mr. Campos Rodriugez. After a contested detention hearing, the Court ordered Mr. Campos Rodriguez detained.

The Court makes the following findings:

☐      On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒      On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☐ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

Mr. Campos Rodriguez had no individual here who could verify information concerning his background. Based on unverified information, the Court understands that Mr. Campos Rodriguez's family primarily lives in Mexico. He has no one here who could serve as a potential surety. He has no permanent address, and is unemployed. His ties to this country are tenuous, and the Court therefore finds that he poses a risk of non-appearance.

As to danger to the community:

The Court makes no findings, because the risk of non-appearance is sufficient to warrant detention.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: January 28, 2026

_____/s/_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

3